UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:   JEFF HOWARD MCCLENDON                                                      Case No:    6:12-bk-70930 T

OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 521(a) Debtor has failed to provide payroll statements for the sixty days preceding the date of filing the bankruptcy petition.

2. 11 U.S.C. 1325(a)(5) plan does not provide for the priority claim regarding the Internal Revenue Service in the sum of $151,355.28.

3. 11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan.

4. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns  with the appropriate tax authorities, as required by Section 1308.

5. 11 U.S.C. 1322(d) The plan has not been proposed for at least five years.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  5/3/2012                                                                                       /s/  Jack W Gooding

                                                                                                    _____
                                                                                                    CHAPTER 13 TRUSTEE

CC:     Jeff Howard Mcclendon
        153 Cassidy Way
           Hot Springs National, Ar  71913

        Dickerson Law Firm (Ach) - Electronically by ECF                                                                 SD